KTF:AJS
F. #2026R00540

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JONATHAN ARBOLEDA and
WILSON MARTINEZ,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANTS

(18 U.S.C. §§ 922(g)(1) and 3551 et seq.)

26-MJ-153

EASTERN DISTRICT OF NEW YORK, SS:

DEVON TAORMINA, being duly sworn, deposes and states that she is a Special

Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as

such.

On or about July 21, 2026, within the Eastern District of New York and elsewhere,

the defendant JONATHAN ARBOLEDA, knowing that he had been previously convicted in a

court of one or more crimes punishable by a term of imprisonment exceeding one year, did

knowingly and intentionally possess in and affecting commerce ammunition, to wit: one

Winchester .25 Auto caliber shell casing and one Winchester .25 Auto caliber cartridge.

(Title 18, United States Code, Sections 922(g)(1) and 3551 et seq.)

On or about July 21, 2026, within the Eastern District of New York and

elsewhere, the defendant WILSON MARTINEZ, knowing that he had been previously convicted

in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did

knowingly and intentionally possess in and affecting commerce ammunition, to wit: one Blazer 9mm Luger caliber shell casing.

(Title 18, United States Code, Section 922(g)(1) and 3551 et seq.)

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been for the past 2 years.   I am assigned to the New York Metro Safe Steets Task Force of the FBI New York Field Office.   I have been involved in the investigation of numerous cases involving violent gangs, narcotics, firearms and ammunition.   I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2.      On or about July 21, 2026, at approximately 1:40 PM, New York City Police Department ("NYPD") officers responded to reports of multiple shots fired at Soto Mini Market Corp, a bodega store located at 333 Crescent Street, Brooklyn, New York.   Upon arrival, NYPD officers observed the defendant JONATHAN ARBOLEDA on the corner of Glen Street and Crescent Street with gunshot wounds to his right arm and right abdomen.   ARBOLEDA was then transported to Jamaica Hospital to be treated for his injures.

3.      After securing the scene, NYPD officers recovered one Winchester .25 Auto caliber shell casing; one Winchester .25 Auto caliber cartridge; and one Blazer 9mm Luger

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

shell casing from the floor of the bodega store at 333 Crescent Street, Brooklyn, NY.   Photographs

of the recovered ammunition are below:



One Blazer 9mm Luger Shell
Casing



One Winchester .25 Auto caliber
shell casing



One Winchester .25 Auto caliber
cartridge



    4.      Based on my review of security footage obtained from cameras within Soto

Mini Market Corp and in the surrounding areas, at approximately 1:28 pm, the defendant

JONATHAN ARBOLEDA was captured walking from across the street and entering the bodega.

ARBOLEDA then began talking to the store clerk while watching a video on his cell phone.

4

5.    At approximately 1:30 pm, two black men walked from around the block and entered the bodega.    One of the males was wearing a blue sweatshirt and black pants, while the other male, later identified as the defendant WILSON MARTINEZ, was wearing a white tee shirt, dark colored pants, and white and blue sneakers.    Immediately after entering the store, MARTINEZ pulled out a firearm from his waist area and extended his arm, firing a shot at the defendant JONATHAN ARBOLEDA, as shown in the photographs below:

 

6.    Shortly after the shooting, NYPD crime scene officers recovered one Blazer 9mm Luger caliber shell casing on the floor of the bodega near the front entrance, consistent with where the defendant WILSON MARTINEZ fired his gun.

7.    The defendant JONATHAN ARBOLEDA then ran to the back area of the store, while the defendant WILSON MARTINEZ chased after him.    ARBOLEDA then shot back at MARTINEZ from the back of the store; the surveillance footage, a still of which is depicted

below, shows a visible muzzle flash and smoke from ARBOLEDA's gun.   MARTINEZ and the male wearing the blue sweatshirt left the store and MARTINEZ fled eastbound on Glen Street. ARBOLEDA then walked back towards the front of the store while holding a silver firearm and bleeding from his right arm.   ARBOLEDA dropped the firearm onto the floor and then picked the firearm up again while walking out of the store, as shown in the photograph below.

 

8.      NYPD crime scene officers recovered one Winchester .25 Auto caliber shell casing and one Winchester .25 Auto caliber cartridge on the floor of the bodega near the back area of the store, consistent with where the defendant JONATHAN ARBOLEDA fired his gun.

9.      After exiting the store, the defendant JONATHAN ARBOLEDA walked into the middle of the street and raised his firearm, pointing it in the direction of a car that the defendant WILSON MARTINEZ was leaving the scene in.

6

10.    When NYPD officers arrived at the scene, the defendant JONATHAN ARBOLEDA was transported to Jamaica Hospital for treatment.   ARBOLEDA was treated for a gunshot wound to his right arm and abdomen.   ARBOLEDA was arrested and charged with Criminal Possession of a Weapon in the Second Degree (NYPL § 265.03) and Reckless Endangerment in the First Degree (NYPL § 120.25).   During his arrest, ARBOLEDA was fingerprinted, and his fingerprints matched records in law enforcement databases associated with his name and criminal history, confirming his identity.

11.    There is probable cause that the male in the white tee shirt who entered the bodega and fired shots at defendant JONATHAN ARBOLEDA is the defendant WILSON MARTINEZ, as described below:

a.    I have reviewed photographs of the defendant WILSON MARTINEZ in law enforcement databases and compared those to the security footage described above, and I believe MARTINEZ is the shooter based on that comparison.

b.    On July 21, 2026 at approximately 2:25 pm, law enforcement conducted an interview of an individual who was observed on surveillance video getting into and out of a car with MARTINEZ at the time of the shooting (the "Witness").   The Witness stated the following, in sum and substance and in part:   The Witness had been interacting with MARTINEZ for several months.   The day of the shooting, the Witness met MARTINEZ in his vehicle, a Gray Lexus, shortly before the time of the shooting.   The Witness ordered food from within the car and was informed that the food would be ready in 25 minutes.   The Witness used the bathroom at a nearby apartment.   When the Witness was finished, the Witness was informed by a friend that something was going on outside.   The Witness then observed the Witness's cousin, whom the

Witness identified as the defendant JONATHAN ARBOLEDA, shot and bleeding from gunshot wounds on the corner of Glen Street and Crescent Street.

c.     The Witness provided law enforcement with defendant MARTINEZ's phone number, which ends in 3191 ("the 3191 number").   Law enforcement searched the 3191 number in law enforcement database records.   The 3191 number matched with an individual named "Wilson Martinez," with the same date of birth as MARTINEZ.

d.     Law enforcement showed the Witness images of the shooting and the witness identified MARTINEZ as the individual in the above two still shots in paragraph 5 above depicting MARTINEZ walking on the sidewalk outside the bodega and firing a gunshot at defendant ARBOLEDA inside the bodega.

e.     Law enforcement officers also submitted videos and photographs of the vehicle used by the first shooter to law enforcement databases.   The vehicle was identified in law enforcement databases as registered to the defendant WILSON MARTINEZ.

12.     I have reviewed the defendant WILSON MARTINEZ's criminal history and have determined that he has at least one felony conviction in New York State.   On or about January 17, 2006, MARTINEZ was convicted in Kings County Supreme Court of attempted criminal possession of a loaded firearm in the third degree, in violation of New York Penal Law § 265.02, a Class D Felony, for which he was sentenced to a term of imprisonment of three years. On or about March 25, 2005, MARTINEZ was convicted in Kings County Supreme Court of robbery in the third degree, in violation of New York Penal Law § 160.05, a Class D Felony, for which he was sentenced to 5 years of probation.

13.     I have reviewed the defendant JONATHAN ARBOLEDA's criminal history and have determined that he has at least one felony conviction in New York State.   On or

about January 15, 2019, ARBOLEDA was convicted in Kings County Supreme Court of criminal sale of a controlled substance in the fifth degree, in violation of New York Penal Law § 220.31, a Class D Felony, for which he was sentenced to a term of imprisonment of 30 months.   On November 3, 2014, ARBOLEDA was convicted in Kings County Supreme Court of attempted robbery in the second degree, in violation of New York Penal Law § 160.10, a Class D Felony, for which he was sentenced to an order of protection term of 2 years.

14.    I have conferred with law enforcement agents and experts who have informed me, in sum and substance, that the Winchester .25 Auto caliber shell casing, Winchester .25 Auto caliber cartridge, and Blazer 9mm Luger caliber shell casing described above were not manufactured within the state of New York.

15.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant.   The defendant WILSON MARTINEZ is currently at liberty.   I believe that sealing these documents is necessary to preserve the integrity of the ongoing criminal investigation.   Premature disclosure of this affidavit and related documents may seriously jeopardize the investigation, including by giving the defendant an opportunity to flee from prosecution, destroy or tamper with evidence or witnesses, and change patterns of behavior.

9

WHEREFORE, your deponent respectfully requests that arrest warrants issue so that defendants JONATHAN ARBOLEDA and WILSON MARTINEZ may be dealt with according to law.

_____
DEVON TAORMINA
Special Agent
Federal Bureau of Investigation

Sworn to before me this
31st day of July, 2026

_____
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK